**EXHIBIT A**

CROWN
JUN 22 2016

FILED
COURT OF APPEALS
2016 JUN 17 PM 12 12
BERNIE QUILTER
CLERK OF COURTS

## IN THE SIXTH DISTRICT COURT OF APPEALS OF OHIO

Marquis A. McCormick )
530 Toronto )
Toledo, Ohio 43609 ) CL 201601130
Plaintiff )
vs. ) COMPLAINT
) (Unlawful Debt Collection Practices)
)
D &A Services ) JURY TRIAL DEMANDED
1400 E. Touhy Ave. Suite G2 )
Des Plaines, IL 60018 )
Defendant )

### I. INTRODUCTION

1. This is an action for actual and statutory damages brought by Pro Se Plaintiff Marquis A. McCormick, an individual consumer who is harmed by FDCPA violations of Defendant D&A Services (hereinafter D&A) for violations of The Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. (hereinafter "FDCPA"), and Ohio Consumer Sales Practices Act (OCSPA), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### II. JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k (d) and 28 U.S.C. § 1337. Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202. Venue in this District is proper in that the defendants transact business in the State of Ohio and the conduct complained of occurred in Ohio. This complaint is timely filed.

### III. PARTIES

3. Plaintiff, Marquis A. McCormick, is a natural person residing in Toledo, Lucas County, Ohio.
4. Defendant, D&A, is an Illinois corporation engaged in the business of collecting debt in this state with its principal place of business located at 1400 Touhy Ave. Suite G2, Des Plains IL 60018. The principal purpose of Defendant is the collection of debts in this state as a foreign corporation and defendant regularly attempts to collect debts alleged to be due another.
5. Defendant (Alfred Stanley Dynia, Owner), (Anthony Crews, President & COO) also known as Authorized Representative and CSC-Lawyers incorporating services, agent of D&A as a collector at all

times relevant to this complaint.

6. Defendants are engaged in the collection of debts from consumers using the mail and telephone. Defendants regularly attempt to collect consumer debts alleged to be due to another. Defendants are "debt collectors" as defined by the FDCPA, 15 U.S.C. 1692g (a)(6).

## IV. FACTUAL ALLEGATIONS

7. By correspondence on the letterhead of D&A, dated 1/5/16, defendant D&A knowingly mailed a collection letter to Marquis A. McCormick demanding payment of a debt in the amount of $496.80 allegedly due Synchrony Bank (Original Creditor) A original copy is attached hereto as Exhibit A, due to original being mistakenly returned to defendant.
8. Exhibit A, was received by Mr. McCormick at his residence in Toledo, Ohio within 30 days.
9. The alleged debt of Mr. McCormick claimed in Exhibit A, was incurred for personal, family, or household services.
10. Exhibit A failed to provide the required NOTICE in violation of 15 U.S.C. 1692g "notice requirements".
11. Defendant is in Violation of 15 U.S.C. 1692g by overshadowing the 30 day dispute requirements.
12. Defendant is in violation of Ohio Consumer Sales Practices Act by engaging in unfair or deceptive acts or practices in connection with a consumer transaction by (a) failing to comply with the requirements of the FDCPA in a first contact with the debtor (b) making deceptive or misleading representations in collecting consumer debts (c) falsely representing the consumers rights (d) pursuing a debt the supplier knows has been cancelled (e) overshadowing the 30 day dispute requirements.
13. As a result of the acts alleged above, Plaintiff suffered Personal Humiliation, embarrassment, mental anguish, Irritability, headaches, nausea, Anxiety, nervousness; fear and worry.

## V. CLAIM FOR RELIEF

14. Plaintiff repeats and re-alleges and incorporates by reference to the foregoing paragraphs.
15. Defendant's violated the FDCPA and OCSPA. Defendant's violations include, but are not limited to, the following:

    (a) Violation of 15 USC§1692g by failing to provide written notice so that the debtor can exercise his right to validate the alleged debt in writing

    (b) Violations of Ohio FDCPA and Ohio Consumer Sales Practices Act by engaging in unfair or deceptive acts or practices in connection with a consumer transaction as set forth above.
16. As a result of the foregoing violations of the FDCPA, defendant is liable to the plaintiff Marquis A. McCormick for declaratory judgment that defendants' conduct violated the FDCPA, OCSPA, actual damages, statutory damages, and treble damages.

WHEREFORE, plaintiff Marquis A. McCormick respectfully requests that judgment be entered against defendant D&A for the following:

A. Declaratory judgment that defendants conduct violated the FDCPA, OCSPA;

B. Actual damages;

C. Statutory damages pursuant to 15 U.S.C. § 1692k;

D. Treble actual damages under Ohio Consumer Sales Practices Act 1345.09(B), or $200.00 for each unlawful act specified.

E. Non-economic Punitive Damages in the amount of $5,000.00.

F. For such other and further relief as the Court may deem just and proper.

Respectfully submitted,

*Marquis McCormick*

Marquis A. McCormick

## NOTARY

STATE OF OHIO            )
                         ) ss.
COUNTY OF LUCAS          )

I, Marquis A. McCormick hereby certify that the facts contained in the foregoing Complaint are true and correct to the best of my knowledge, information and belief.

Subscribed and sworn to before me a notary public this 25th day of April, 2016.

*[signature]*
Signature of Notary

JULIE A. WEILLS
NOTARY PUBLIC - OHIO
MY COMMISSION EXPIRES 6-7-2019



Exhibit A



D & A Services
1400 E. Touhy Ave, Ste. G2
Des Plaines, IL 60018

| D&A # | Original Creditor | Current Creditor | Original Account # | Current Balance |
|---|---|---|---|---|
| 3229895 | Synchrony Bank | Crown Asset Management, LLC | XXXXXXX0092 | $496.80 |

Toll Free: 877-685-5791
Fax: 773-482-6200 • Web: www.dnasllc.com
Hours of Operations: M-Th 8 am – 8 pm CST
Fri 8 am – 5 pm CST
Sat 8 am – 12 pm CST

125

MARQUIS MCCORMICK
530 Toronto Ave
Toledo, OH 43609-2954

January 05, 2016

Dear Marquis McCormick:

D & A Services believes that you would honestly be willing to pay this bill if given a fair opportunity to do so, and we would like to provide that opportunity.

The enclosed page of payment coupons was designed to allow you to begin to pay your account by making small monthly payments. Additional coupons will be sent to you after your third payment has been received.

We want to work with you. If you would like to change the payment plan, change the due date; or possibly settle the account at a discount, PLEASE CALL US AT 877-685-5791.

Whatever the reason for non-payment in the past, this is an excellent opportunity to repay your account.

Call us today at 877-685-5791

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector.

---detach below and return in the enclosed envelope with your payment---

1400 E. Touhy Ave
Suite G2
Des Plaines, IL 60018

877-685-5791

| D&A# | Current Balance |
|---|---|
| 3229895 | $496.80 |

MARQUIS MCCORMICK
530 Toronto Ave
Toledo, OH 43609-2954

Make your check or money order payable to:
D & A Services
1400 E. Touhy Ave
Suite G2
Des Plaines, IL 60018

*When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

78

**Lucas County Clerk of Courts**
LUCAS COUNTY COURTHOUSE
700 ADAMS STREET
TOLEDO, OHIO 43604

J. Bernie Quilter, Clerk

CL_02016011130

CERTIFIED MAIL

7014 1200 0001 3782 0059

U.S. POSTAGE >> PITNEY BOWES
ZIP 43604 $ 006.46
02 1W
0001382836 JUN 20 2016

D & A SERVICES
1400 E TOUHY AVE STE G2
DES PLAINES, IL 60018

50016030B C012